NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LUIS C. CARATTINI,**
*Claimant-Appellant*

**v.**

**DOUGLAS A. COLLINS, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee*

---

2024-1546

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 21-5340, Judge Amanda L. Meredith.

---

**ON MOTION**

---

PER CURIAM.

## O R D E R

Luis C. Caratini   moves to dismiss the above-captioned appeal pursuant to Fed. R. App. P. 42(b) with each side to bear its own costs.

Upon consideration thereof,

IT IS ORDERED THAT:

2                                                        CARATTINI v. COLLINS

The motion is granted.

FOR THE COURT

November 3, 2025                        Jarrett B. Perlow
Date                                            Clerk of Court

**ISSUED AS A MANDATE**: November 3, 2025